THOMAS J. DE CARO, ET ALS., PLAINTIFFS-RESPONDENTS,
v. FRANK DE CARO, DEFENDANT-PETITIONER.

See same case below: 22 *N. J. Super.* 463.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Mr. Morris Pashman* and *Mr. Samuel A. Larner* for the respondents.

February 9, 1953.   Granted.